FILE COPY

*I, CATHY S. LUSK, Clerk of the Court of Appeals for the Twelfth Court of Appeals District of the State of Texas, do hereby certify that Courtney Leigh-Anne Treadwell, Plaintiff in the trial court secured an extension of thirty (30) days in which to file Appellee's Brief in the following numbered and entitled cause:*

**In the Interest of Timothy Treadwell, a child**

**No. 12-14-00301-CV**

*This certificate is made pursuant to Tex. Rev. Civ. State. Ann. art. 5069, 1.05 sec. 3(c) (Vernon Supp. 1985) to assist the Clerk of the Trial Court in calculating the amount of post-judgment interest accrued.*

*WITNESS MY HAND and seal of said Court at Tyler, Texas, this 7th day of August 2015, A.D.*



Respectfully yours,

CATHY S. LUSK, CLERK

By: *Katrina McClenny*

Katrina McClenny, Chief Deputy Clerk